St. Lawrence County National Bank of Canton, Appellant, v. Mary F. Watkins (Impleaded with Frank H. Watkins and Bertrand H. Snell), Respondent.— Motion denied. Kellogg, J., not sitting.

Tioga Mill and Elevator Company, Respondent, v. O. G. Spann Grain Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George L. Jaquish, Respondent, v. George W. Kelley and Others, Appellants.— Motion denied.

Bartholomay Brewery Company, Respondent, v. Herman B. Davenport and Hanna M. Manning, Appellants.— Motion denied, without costs.

Michael Casey v. Armond E. Wheaton and Lewis C. Perry.— Motion granted, with costs of appeal and ten dollars costs of this motion, unless, within fifteen days, the appellant shall serve upon the respondent's attorney three printed copies of the case on appeal, which he may do without costs; and in case he shall so serve, the motion is denied, without costs.

Harma D. French, as Committee of the Person and Property of William A. Cook, an Incompetent Person, Respondent, v. Emma Mann Wray, Appellant.— Motion for reargument denied.

Francis Graves, Respondent, v. Village of New Berlin, Appellant.— Motion denied.

Charles F. Hunter, Plaintiff, v. The City of Albany, Defendant.— Motion granted, with costs, unless, within forty days, appellant serves printed papers on appeal; and if so served motion denied, without costs.

In the Matter of the Petition of the Keystone State Construction Company for a Writ of Certiorari against John Williams, as Commissioner of Labor of the State of New York, Appellant.— Motion granted, except the word "unanimously" should be omitted from the decision.

Frank W. Terwilliger, Respondent, v. Browning, King & Company, a Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question certified as follows: Does the complaint state facts sufficient to constitute a cause of action?

Aaron Wells, Appellant, v. Carrie L. Scofield, as Administratrix, etc., of Frederick R. Scofield, Deceased, Respondent.— Motion granted, with ten dollars costs, unless the appellant serves his case and brings the same on for argument at the March term, in which case motion denied without costs.